


# PERFORMANCE MANAGEMENT AND EVALUATION SYSTEM FOR EXEMPT EMPLOYEES

## PERFORMANCE APPRAISAL REVIEW

EMPLOYEE  Sara Ahern

REVIEW PERIOD:  FROM  04-02  TO  01-03

POSITION TITLE  Conversions Manager

TIME IN POSITION       8
                  (Years)     (Mos)

LOCATION  Los Angeles

DEPARTMENT  Installations

---

**PROCEDURE**

1. Before the <u>start</u> of the review period, the supervisor and employee should discuss and agree upon the Business, Service Excellence and Developmental Objectives for the upcoming review period. List these objectives and target dates in Section I. Send a copy to the Human Resources Department.

2. During the review period, jointly discuss and record performance against objectives as it occurs or on a periodic basis.

3. At the end of the review period, indicate the results achieved in comparison to the expected results for all objectives. Include quantitative standards wherever possible. Rate the results for each objective using one of the following ratings:

| Rating | Definition |
|---|---|
| Superior (SU) | Results CONSISTENTLY EXCEED the performance requirements. Provides a model for excellence. |
| Exceeds Requirements (EX) | Results are NOTICEABLY better than performance requirements and FREQUENTLY EXCEED performance requirements. |
| Full Performance (FP) | Results consistently MEET all of the position's performance requirements. This recognizes the Fiserv high level of expectation. |
| Generally Acceptable (GA) | Results adequately meet some but not all performance requirements. Results are GENERALLY ACCEPTABLE but improvement is expected. |
| New to Job (NJ) | Has minimum experience or training in current job but is DEVELOPING AT AN ACCEPTABLE RATE. |
| Unsatisfactory (UN) | DOES NOT MEET most established performance requirements. Improvement must occur. |

4. At the end of the review period, jointly discuss and complete Section II regarding the skills and attributes utilized by the employee to achieve the results in Section I. Comment if the skill or attribute is a strength or an area for development.

5. In Section III, jointly summarize the greatest strengths and the most pressing development areas. Use these to help formulate developmental objectives for the upcoming review period.

6. Evaluate the employee using one of the six overall performance ratings in Section IV.

7. Complete signature requirements in Section V. The manager should sign this form <u>only</u> after the employee and supervisor have completed and signed the form.

8. Send the completed and signed form, and other supporting documentation to Human Resources for filing.



# I - OBJECTIVES/RESULTS 2003

Record all Objectives and Target Dates agreed upon by the employee and the supervisor for the upcoming performance period. Generally, 4 to 6 Business and 2 to 3 Service Excellence and Developmental objectives are adequate. Add new objectives or change existing objectives throughout the year, as they are agreed upon. Objectives should be realistic, specific, and measurable whenever possible. Record the Results attained <u>as they occur</u>, using measurable standards when data is available.

| Objectives | Target Date | Results | Perf Rating |
|---|---|---|---|
| **Business Objectives** | | | |
| Establish a clean test bank to utilize for conversion training and "what if" scenarios. | 06/30 | | |
| Establish an improved time line for conversions. | 05/15 | | |
| Cross-train analysts on modules that they are currently unfamiliar with. | 09/30 | | |
| Write improved documentation on balancing procedures and conversion flow. | 06/01 | | |
| Write turnover procedures for conversions from signing of contract to completion of the project. | 07/31 | | |
| Reduce travel costs by viewing WebX alternatives for meetings etc. | 05/15 | | |

| Service Excellence Objectives/Accomplishments | | | |
|---|---|---|---|
| Educate analysts on banking functions. | 12/31 | | |
| Client satisfaction for all installations completed for the year. | 12/31 | | |

| Developmental Objectives | | | |
|---|---|---|---|
| Sara to be cross-trained on conversion functions. | 06/30 | | |

Signature below indicates that the Business, Service Excellence and Developmental Objectives were jointly developed and reviewed by the employee and the manager/supervisor at the start of the upcoming performance period. Objectives that are added or revised throughtout the year will be initialed by the employee and manager/supervisor.

| _[signature]_ | 3/26/03 | _[signature]_ | 3/27/03 |
|---|---|---|---|
| Employee Signature | Date | Manager/Supervisor Signature | Date |

CONFIDENTIAL                                       FISERV_000081



## SECTION II - SKILLS & ATTRIBUTES

| | DISCUSSION/COMMENTS |
|---|---|
| **JOB KNOWLEDGE**<br>Technical know how and expertise required to perform all aspects of the position. | Good working knowledge of the conversion process and implementation of standards. |
| **QUANTITY OF WORK**<br>The volume and timeliness of work accomplished relative to agreed upon expectations. | Good volume of work. Expectations are met on deliverables within prescribed timelines. |
| **QUALITY**<br>Ability to produce highly accurate and detailed work which is thorough, complete, neat and has minimal errors. | Excellent quality. Able to produce detailed procedures and ensure that the specifics of a conversion project are met to the clients satisfaction and needs. |
| **PLANNING**<br>Ability to establish an objective and a plan of action with logical steps and target dates. Allocation of resources and setting priorities | Excellent planning skills. Able to analyze needs and dedicate the appropriate resources and schedule the calendar. |
| **ORGANIZING**<br>Ability to delegate responsibility, while maintaining accountability. Give appropriate authority and organize the work to be accomplished. | Very good organizational skills. Is able to delegate authority and maintain authority over the entire process. |
| **PEOPLE DEVELOPMENT**<br>Coaches and develops employees to help them improve current job skills and potential for assuming more responsibility. Completes performance appraisals on a timely basis. | Good people skills. Has the ability to coach subordinates through job functions to improve their overall performance and elevate their ability to accept further responsibility. |
| **INITIATIVE**<br>Ability to recognize potential problems, recommend corrective action and establish a plan for corrective action without being told. Offers constructive suggestions. Self-sufficient. | Excellent initiative. Able to identify problem areas and make recommendations on what actions are necessary to correct the situation. |
| **INNOVATIVENESS**<br>Ability to think creatively and offer new and pragmatic ways to deal with a problem or situation. | Good creative thinker. Able to offer alternatives to any situation. |
| **PROBLEM SOLVING/DECISION MAKING**<br>Ability to analyze problems, consider various alternatives, make sound decisions and take the appropriate course of action based on fact rather than emotion. | Good problem solving skills. Makes intelligent decisions based on the facts that are presented. |
| **COMMUNICATIONS**<br>Ability to receive, process and deliver verbal messages and written information in a logical and concise manner. Ability to actively listen. | Excellent communication skills both orally and written. Good listener. Able to take others input into consideration when assessing any situation. |
| **DEPENDABILITY**<br>Extent to which the employee can be relied upon to do the work every time. Trustworthiness. Confidentiality. Attendance. Punctuality. | Very dependable. Extremely trustworthy. |
| **COOPERATION/TEAM WORK**<br>Willingness and ability to work harmoniously with others in getting the job done. Accepts team assistance and constructive criticism when appropriate. Offers help to others. | Very good team player. Believes in teamwork and works within a team focused framework. |
| **FLEXIBILITY**<br>Resourcefulness and ability to adapt to changing situations with ease and speed. | Good flexibility. Is able to react to changing situations with relative ease. |

CONFIDENTIAL    FISERV_000082

| | |
|---|---|
| OTHER – 2002 Objectives | Sara was given the task of managing the conversion activities of the Los Angeles data center. The immediate objective was to establish checks and balances in the process to ensure improved client satisfaction in the conversion process. Sara has been successful in this objective. We have experienced several successful conversions, confirmed from the clients perspective, since Sara accepted this position. |
| OTHER - | |

## SECTION III - STRENGTHS & DEVELOPMENT AREAS

Using Sections I and II as a guide, list the major strengths and areas for development.

| STRENGTHS | DEVELOPMENT AREAS |
|---|---|
| 1. Excellent planning skills | 1. Improve technical knowledge of the conversion process. |
| 2. Excellent communicator. | 2. Continue to develop working relationship with other departments. |
| 3. Very trustworthy. | 3. |
| 4. Focused on client satisfaction. | 4. |

## SECTION IV - OVERALL PERFORMANCE RATING

| | | | | | |
|---|---|---|---|---|---|
| SU | ☐ | SUPERIOR | GA | ☐ | GENERALLY ACCEPTABLE |
| EX | X | EXCEEDS REQUIREMENTS | NJ | ☐ | NEW TO JOB - SATISFACTORY |
| FP | ☐ | FULL PERFORMANCE | UN | ☐ | UNSATISFACTORY |
| | | | | | If rated UN, attach action plan |

## SECTION V - SIGNATURES

Employee* _____ (Date) 3/26/03        Supervisor _____ (Date) 3/27/03

☒ Agree    ☐ Disagree...with appraisal        Next Level Manager _____ (Date)

*Note: Employee signature acknowledges that the review was held, not necessarily agreement. Additional comments may be added on a separate page.

Human Resources Manager _____ (Date)

Comments: