

### Flexible Work Arrangement Request and Agreement

Associate to complete appropriate sections and seek approval from manager.

Details of Flexible Work Arrangement (FWA)

| Associate Name: | Sara Ahern |
|---|---|
| Associate Title: | Manager Implementations |
| Manager Name: | Neil Coombes |
| Business Unit/Functional Area: | Bank Solutions - Implementations |
| Type of Arrangement: | Flex Time ☐   Flex Location ☑ |

Flex Time Hours (if applicable):

Start Time_____am/pm

End Time_____am/pm

| Monday | ☐ | Tuesday | ☐ | Wednesday | ☐ | Thursday | ☐ |
|---|---|---|---|---|---|---|---|
| Friday | ☐ | Saturday | ☐ | Sunday | ☐ | | |

Days that will be worked at the Flex Location (if applicable):

| Monday | ☑ | Tuesday | ☑ | Wednesday | ☑ | Thursday | ☑ |
|---|---|---|---|---|---|---|---|
| Friday | ☑ | Saturday | ☐ | Sunday | ☐ | | |
| The Flex Location is a: | | | Residential home | | | ☑ | |
| | | | Virtual office | | | ☐ | |
| | | | Office building | | | ☐ | |
| | | | Other | | | ☐ | |
| Address of Flex Location: | | | ███████ ALTA LOMA, CA 91701 | | | | |
| Telephone Number of Flex Location: | | | 1-909-477-3047 | | | | |

| Date Flexible Work Arrangement Begins: | 4/15/2002 |
|---|---|

1

CONFIDENTIAL     FISERV_000602

**22**

**EXHIBIT D**
**Page 1**

I have read the Flexible Work Arrangement Program Overview and supporting documents and I understand and agree to abide by the program, which may be amended from time to time.

I have reviewed the Flex Location Workspace Considerations and I am willing to permit the company, at its discretion, to inspect the flex location during my normal working hours to ensure proper maintenance of company-owned property and conformance with the Flexible Work Arrangement Program, and to electronically monitor my use of company equipment, email and other systems.

All Fiserv policy and procedures apply while working under a FWA. Your job duties, responsibilities and manager's expectations around your performance remain unchanged by a FWA. Failure to abide by Fiserv policies and procedures, including but not limited to the terms of the FWA program, or your FWA Agreement, may result in disciplinary action up to and including termination of employment.

By signing the FWA Agreement, your at-will status remains unchanged.

NOTE: **Associate and manager must both physically sign with their original signatures. Typed signatures will not be accepted.**

_____          8/29/17
Associate Signature                              Date

_____          8/30/17
Manager Signature                                Date

**MANAGER ACCOUNTABILITIES:**
- IMPORTANT: The manager must provide the signed agreement to the HR Corporate Compliance team for recording at HRCorporateCompliance@fiserv.com.
- The manager must update the associate's Workday location for flex location assignments consisting of three or more days per week.